FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DR. ABDUL KHAN,<br><br>                      Plaintiff,<br><br>    v.<br><br>BECHTEL NATIONAL, INC., and NATIONAL ENGINEERING SERVICES CORPORATION,<br><br>                      Defendants. | NO: 4:20-CV-5020-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice, ECF No. 31. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 31**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All pending motions, if any, are **DENIED AS MOOT**.

4.  All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 12, 2021.

         *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2